**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**
**CIVIL ACTION NO. 5:15-CV-00326-KKC**

**MICHAEL W. DICKINSON, INC.**                                            **PLAINTIFF**

**vs.**

**KEENELAND ASSOCIATION, INC.**                                     **DEFENDANT**

**AGREED ORDER**

By agreement of the parties, it is hereby **ORDERED** that Plaintiff Michael W. Dickinson, Inc. is granted an extension of time up to and including April 18, 2016 within which to file a response to Defendant Keeneland Association Inc.'s Motion To Dismiss Plaintiff's Complaint [D.E. 11].

AGREED TO ON MARCH 28, 2016;
TO BE ENTERED:

By:     /s/ J. Brian Jackson_____

       J. Brian Jackson (State Bar No. 94146)
       McGuireWoods LLP
       310 Fourth Street, N.E., Suite 300
       P.O. Box 1288
       Charlottesville, VA 22902
       434.980.2221 (Telephone)
       434.980.2253 (Facsimile)
       bjackson@mcguirewoods.com
       *Attorney for Plaintiff Michael W. Dickinson, Inc.*


By:     /s/ Steven B. Loy (w/ permission by JBJ)\_\_

       Steven B. Loy
       W. Chapman Hopkins
       Stoll Keenon Ogden PLLC
       300 West Vine Street, Suite 2100
       Lexington, Kentucky  40507
       859.231.3978 (Telephone)
       859.246.3678 (Facsimile)
       steven.loy@skofirm.com
       chapman.hopkins@skofirm.com
       *Attorneys for Defendant Keeneland Association, Inc.*